AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

FILED
~~U.S. District Court~~
District of Kansas
10/19/2026
Clerk, U.S. District Court
By: AS Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

District of Kansas

| | | |
|---|---|---|
| United States of America<br>v.<br>Jaden John Read<br>*Defendant* | ) ) ) ) ) | Case No. 26-6254-01-GEB |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| | |
|---|---|
| Place: United States District Court<br>401 N. Market<br>Wichita, Kansas 67202 | Courtroom No.: 326 |
| | Date and Time: 10/21/2026 1:30 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 10/19/2026

Gwynne E. Birzer
*Judge's signature*

Gwynne E. Birzer, United States Magistrate Judge
*Printed name and title*