AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

FILED
U.S. District Court
District of Kansas

OCT 19 2026

Clerk, U.S. District Court
By ______ Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

District of Kansas

United States of America
v.
Jaden John Read

*Defendant*

Case No. 26-6254-01

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 19 Oct 2026

Jaden Read
*Defendant's signature*

s/David Freund
*Signature of defendant's attorney*

David Freund #17736
*Printed name and bar number of defendant's attorney*

Assistant Federal Public Defender
Federal Public Defender Office
301 N. Main, Suite 850
Wichita, KS 67202
*Address of defendant's attorney*

David_Freund@fd.org
*E-mail address of defendant's attorney*

(316) 269-6445
*Telephone number of defendant's attorney*

(316) 269-6175
*FAX number of defendant's attorney*